IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AM LOGISTICS INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-02876 |
| SORBEE INTERNATIONAL, LLC | : | |

**O R D E R**

**AND NOW**, this  9th  day of   January  , 2014, upon consideration of Defendant Sorbee International, LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) or in the Alternative, Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (ECF No.8), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

            BY THE COURT:

            _____
            **R. BARCLAY SURRICK,  J.**